

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:         Charles R. Jones v. The State of Texas

Appellate case number:     01-18-01079-CR

Trial court case number:    1510058

Trial court:                         179th District Court of Harris County

Appellant, Charles R. Jones, has filed a motion requesting that we grant an additional extension of time to file his pro se response to counsel's *Anders* brief. Although appellant asserts that he mailed his pro se response on December 11, 2019, this Court has not received a pro se response in this case. We grant appellant's motion and extend the deadline for filing appellant's pro se response to **February 1, 2020**. No further extension will be granted.

It is so ORDERED.

Judge's signature: ____/s/ Sarah B. Landau____
                                          Acting individually

Date:    __January 21, 2020___